security for the payment to the National Contracting Company of," the following: "The amount of any judgment for costs which the said National Contracting Company, the appellee, may recover as a result of said appeal." As thus modified, the order is affirmed.

---

LAMBERT'S POINT TOWBOAT CO. v. MOSS et al. (Circuit Court of Appeals, Fourth Circuit. May 12, 1911.) No. 1,033. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk. See, also, 182 Fed. 388, 104 C. C. A. 598. Robert M. Hughes, for appellant. Jeffries, Wolcott, Wolcott & Lankford and L. L. Lewis, U. S. Atty., for appellees.

PER CURIAM. Appeal dismissed in open court by consent, at cost of appellant.

---

PENNSYLVANIA STEEL CO. v. SUSSWEIN. (Circuit Court of Appeals, Second Circuit. May 25, 1911.) No. 273. In Error to the Circuit Court of the United States for the Southern District of New York. Battle & Marshall (H. S. Marshall, of counsel), for plaintiff in error. Roger Lewis (Bronson Winthrop and George Winthrop, of counsel), for defendant in error. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Judgment affirmed, on the opinion of Judge Hand (184 Fed. 102).

---

SAMUEL W. PECK CO. v. ROSE, RODGERS & ROSE. (Circuit Court of Appeals, Second Circuit. April 17, 1911.) No. 276. In Error to the Circuit Court of the United States for the Southern District of New York. Joseph L. Levy and H. S. Wallenstein, for plaintiff in error. James, Schell & Elkus (Abram I. Elkus and Joseph M. Proskauer, of counsel), for defendant in error. Before COXE, WARD, and NOYES, Circuit Judges.

PER CURIAM. An examination of the bill of exceptions shows that certain papers, marked "Exhibit MM" were received in evidence. The record does not contain these exhibits. We think that the record is incomplete without them, and that they should be supplied. If counsel cannot agree upon copies thereof, the trial judge should certify to correct copies of the papers introduced at the trial and marked "Exhibit MM," which copies should be returned to the clerk of this court and printed by him as part of the record.

---

SAMUEL W. PECK CO. v. ROSE, RODGERS & ROSE. (Circuit Court of Appeals, Second Circuit. May 23, 1911.) No. 276. In Error to the Circuit Court of the United States for the Southern District of New York. Joseph L. Levy and H. S. Wallenstein, for plaintiff in error. James, Schell & Elkus (Abram I. Elkus and Joseph M. Proskauer, of counsel), for defendant in error. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Judgment affirmed.

END OF CASES IN VOL. 186